# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

        v.

MILAGROS JEANETTE RIVERA

    Defendant.

CR. NO. 24-456 (SCC)

## **MOTION TO RESTRICT**

TO THE HONORABLE SYLVIA CARRENO-COLL:

COMES NOW the defendant, Milagros Jeanette Rivera, through undersigned counsel, and respectfully states and prays as follows:

1. The defendant filed concomitantly with this Motion a Sentencing Memorandum.

2. The information contained in the Sentencing Memorandum is subject to restrictions, as it includes the defendant's health conditions. Accordingly, the defendant respectfully requests that this Court permit it to be filed under the Selected Parties Modality pursuant to No. 03-149.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the present motion and that the same be granted.

    **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    **RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, May 1st , 2026.

*S/Leonardo M. Aldridge*
Leonardo M. Aldridge
USDC-PR No. 300011
leoaldridge@hotmail.com
VIG Tower
1225 Ave. Ponce de Leon, St. 1501
San Juan, PR 00907
T: 787-370-9024